**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT COURT**
**CENTRAL DIVISION AT FRANKFORT**
**CIVIL ACTION NO.: _____**

*Filed Electronically*

| | |
|---|---|
| **APRIL LYONS, individually and in he Capacity as Administratrix of the Estate of ROY T. MITCHELL** | **PLAINTIFFS** |
| **v.** | **NOTICE OF REMOVAL** |
| **FRANKLIN COUNTY KENTUCKY, PARTICULARLY THE FRANKLIN COUNTY SHERIFF'S OFFICE; JEREMY YOUNGER, individually and in his capacity as a Franklin County Sheriff's Deputy; EDWARD HUNT, individually and in his capacity as a Franklin County Sheriff's Deputy; JASON SHERROW, individually and in his capacity as a Franklin County Sheriff's Deputy; LANE CRAWLEY, individually and in his capacity as a Franklin County Sheriff's Deputy; PHILLIP RAY, individually and in his capacity as a Franklin County Sheriff's Deputy; and PAT MELTON, in his capacity as the then serving Franklin County Sheriff** | **DEFENDANTS** |

\*\*\*\*\*\*\*\*\*\*\*\*

Come the Defendants, FRANKLIN COUNTY KENTUCKY, PARTICULARLY THE FRANKLIN COUNTY SHERIFF'S OFFICE; JEREMY YOUNGER, individually and in his capacity as a Franklin County Sheriff's Deputy; EDWARD HUNT, individually and in his capacity as a Franklin County Sheriff's Deputy; JASON SHERROW, individually and in his capacity as a Franklin County Sheriff's Deputy;

1

LANE CRAWLEY, individually and in his capacity as a Franklin County Sheriff's Deputy; PHILLIP RAY, individually and in his capacity as a Franklin County Sheriff's Deputy; and PAT MELTON, in his capacity as the then serving Franklin County Sheriff (collectively, the "Defendants"), by and through counsel, hereby remove this action from the Franklin Circuit Court, Franklin County, Kentucky, to the United States District Court for the Eastern District of Kentucky, Central Division at Frankfort, pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1441, and 28 U.S.C. § 1446. In support of this removal, Defendants state as follows:

1. Plaintiff APRIL LYONS, Individually and in her capacity as Administratrix of the Estate of ROY T. MITCHELL, filed this civil action in the Franklin Circuit Court, which is within the district and division of this Court, to recover damages and alleging, among other things, that defendants herein were acting under the color of state law for the purposes of 28 U.S.C. § 1983 and further that Defendants herein acted in violation of her rights under the Fourth and Fourteenth Amendments of the United States Constitution, constituting a violation of 28 U.S.C. § 1983. Plaintiff further alleges that all allegations contained in her Complaint occurred in Franklin County, Kentucky (*See* Complaint, attached hereto). Plaintiff commenced this action on August 1, 2019, Civil Action No. 19-CI-00789, and the earliest date of service of process effectuated on any defendant was on August 16, 2019.

2. 28 U.S.C. § 1441(a) states that, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

3. 28 U.S.C. § 1331 provides the district court with original jurisdiction of civil actions "arising under the Constitution, laws, or treaties of the United States."

4. Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. §§ 1331 and 1441 because it is a civil action wherein the Plaintiff alleges that her action arises under the laws of the United States 42 U.S.C. § 1983.

5. In compliance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon the Defendants in this action are filed together with this Notice of Removal.

6. This Notice is filed with the Court within thirty (30) days after service of the Summons and Complaint on the Defendants in the above-entitled action as required by law.

WHEREFORE, Defendants pray that this action proceed in this Court as an action properly removed thereto.

Respectfully submitted,

/s/ *M. Todd Osterloh*
M. TODD OSTERLOH
L. SCOTT MILLER
STURGILL, TURNER, BARKER & MOLONEY, PLLC
333 W. Vine Street, Suite 1500
Lexington, KY 40507
(859) 255-8581
tosterloh@sturgillturner.com
smiller@sturgillturner.com
ATTORNEYS FOR DEFENDANTS,

## **CERTIFICATE OF SERVICE**

      This is to certify that a true copy of the foregoing has been served by electronic mail and US Mail, postage prepaid, on this 13th day of September, 2019, on the following:

James E. Boyd
Robert A. Rowland
227 West Main Street
Frankfort, KY 40601
COUNSEL FOR PLAINTIFF

                                       _/s/ *M. Todd Osterloh*_____
                                       ATTORNEYS FOR DEFENDANTS