UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| APRIL LYONS, as Administratrix of the Estate of Roy T. Mitchell, ) ) ) | |
| Plaintiff, ) ) | Civil No. 3:19-cv-00064-GFVT |
| V. ) ) | |
| ) | **ORDER OF DISMISSAL** |
| FRANKLIN COUNTY, KENTUCKY, *et al.*, ) ) | |
| Defendants. | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the parties' Proposed Agreed Order of Dismissal. [R. 20.] Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** that all of Plaintiff April Lyons' (Adminstratrix for the Estate of Roy Mitchell), claims against Defendants Franklin County, Kentucky, Franklin County Sheriff's Office, Jeremy Younger, Edward Hunt, Jason Sherrow, Lane Crawley, Phillip Ray, and Pat Melton, are hereby **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney's fees. This matter is **STRICKEN** from the Court's active docket.

This the 25th day of September, 2020.

Gregory F. Van Tatenhove
United States District Judge